# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11283

United States Court of Appeals
Fifth Circuit

**FILED**
November 7, 2014

Lyle W. Cayce
Clerk

ROBERT JEHLING,

      Plaintiff - Appellant

v.

THE DALLAS MORNING NEWS, INCORPORATED, doing business as The Dallas Morning News; A.H. BELO CORPORATION,

      Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
U.S.D.C. No. 3:11-CV-01258-B

Before KING, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:*

Robert Jehling ("Jehling") appeals from a final judgment entered by the district court, Judge Jane J. Boyle presiding, which granted summary judgment to the defendant The Dallas Morning News ("DMN") with respect to Jehling's claims of racial discrimination in violation of Title VII of the Civil Rights Act of 1964, interference with rights and retaliation in violation of the

---

  * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-11283

Family and Medical Leave Act ("FMLA"), breach of contract, and defamation. A careful review of the record in this case, a full consideration of the parties' briefs on appeal, and a thorough analysis of the district court's meticulous ruling lead us to conclude that the district court's judgment was correct. The district court properly determined that the summary judgment evidence failed to raise a genuine issue of material fact as to whether DMN's reasons for terminating Jehling's employment were pretextual, motivated by discriminatory animus, or interfered with his rights to take FMLA leave. The district court also properly held that Jehling had not created a fact issue as to whether a valid contract existed that DMN breached or that DMN published the allegedly defamatory statement. Therefore, we affirm the grant of summary judgment for DMN, essentially for the reasons articulated in the district court's memorandum opinion and order.

AFFIRMED.